**THIRD DIVISION**
**MILLER, J.,**
**RAY and BRANCH, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 26, 2014**

# In the Court of Appeals of Georgia

A12A2506. COOK et al v. GLOVER.

BRANCH, Judge.

In *Cook v. Bottesch*, 320 Ga. App. 796 (740 SE2d 752) (2013), this Court addressed whether the Georgia Department of Community Health (DCH) correctly imposed an asset transfer penalty on four applicants for Medicaid benefits. In three of the cases,[1] this Court reversed the ruling of the relevant superior courts that had reversed the penalty imposed by DCH. Id. In Case No. A12A2506, which is now again before us, we reversed the decision of the superior court, which had upheld the penalty imposed by DCH on applicant Jerry L. Glover. Id. On writ of certiorari, the Supreme Court of Georgia reversed that portion of our decision in *Cook v. Bottesch*,

---

[1] Cook et al. v. Bottesch, Case No. A12A2268; Cook et al. v. Shorey, Case No. A12A2269; and Cook et al. v. Robertson, Case No. A13A0006. In April 2013, this Court issued remittiturs to the trial court in each of those cases.

320 Ga. App. 796, applicable to Case No. A12A2506. See *Cook v. Glover*, ___ GA. ___ (Case No. S13G1127, decided July 11, 2014). We therefore vacate that portion of our earlier opinion applicable to Case No. A12A2506, adopt the Supreme Court's opinion as our own with regard to that case, and affirm the judgment of the superior court.

*Judgment affirmed. Miller and Ray JJ., concur.*